UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In Re:   Blaise Robert DiDonato,

Rosemary DiDonato,

                  Appellant,

v.                                     Case No. 2:12–cv–14019–PDB–MKM
                                          Hon. Paul D. Borman

Michael J. Nash,

                  Appellee,

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Paul D. Borman at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  The following motion(s) are scheduled for hearing:

Motion to Withdraw Reference – #1

- RESPONSE DUE:  January 22, 2013

- REPLY DUE:  February 12, 2013

- MOTION HEARING:  March 5, 2013 at 03:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                          By: s/D. Goodine
                                                              Case Manager

Dated:  December 19, 2012